# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
VASUDEVA RAJU AMBATI,

                Plaintiff,                24 **CIVIL** 5712 (JMF)

   -against-                        **JUDGMENT**

UNITED STATES CITIZENSHIP & IMMIGRATION
 SERVICES et al.,

                Defendants.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 10, 2025, the Court concludes that it lacks subject-matter jurisdiction over this case. Accordingly, the Complaint must be and is dismissed pursuant to Rule 12(b)(1) (and the Court does not address Defendants arguments for dismissal under Rule 12(b)(6)). Accordingly. The case is closed.

**Dated:** New York, New York

     July 10, 2025

                                              **TAMMI M. HELLWIG**

                                                 Clerk of Court

                        **BY:**

                                                  **Deputy Clerk**